UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. ATCHLEY, a married man,<br><br>        Plaintiff,<br><br>    v.<br><br>PEPPERIDGE FARMS, INC., a Connecticut Corporation,<br><br>        Defendant. | No. CV-04-0452-FVS<br>    CV-04-0453-FVS<br><br>ORDER CONSOLIDATING CASES AND SETTING ORAL ARGUMENT |
| MICHAEL GILROY, a married man,<br><br>        Plaintiff,<br><br>    v.<br><br>PEPPERIDGE FARM, INCORPORATED, a Connecticut Corporation,<br><br>        Defendant. | |

**THIS MATTER** came before the Court for a telephonic scheduling conference on July 6, 2007. The Plaintiffs were represented by John F. Bury. The Defendant was represented by David R. Broom. This order is intended to memorialize and supplement the Court's oral rulings. The Court being fully advised,

**IT IS HEREBY ORDERED:**

1. **The above captioned matters shall be joined under CV-04-0452-**

ORDER CONSOLIDATING CASES AND SETTING ORAL ARGUMENT- 1

FVS. **All future pleadings shall be filed in CV-04-0452-FVS.**

2. Upon resolution of the motions currently pending in CV-04-0453-FVS, that case shall be closed.

3. Henceforth, the caption of CV-04-0452-FVS shall be "John R. Atchley, a married man, and Michael Gilroy, a married man, Plaintiffs, v. Pepperidge Farm, Inc., a Connecticut Corporation."

4. The parties and the District Court Executive shall conform the caption of all future filings in CV-04-0452-FVS to that specified in Paragraph 3.

5. Gilroy's Request for Oral Argument on Defendant's Motion for Order for Summary Judgment on Counterclaim, **Ct. Rec. 240** in **CV-04-0453-FVS**, is **GRANTED**.

6. Gilroy's Motion to Continue or Deny Summary Judgment and for Order to Enlarge Time to File Response Brief, **Ct. Rec. 247** in **CV-04-0453-FVS**, is **GRANTED IN PART** and **DENIED IN PART**.

   a) In order to enable the Discovery Master to resolve related discovery issues, Gilroy must file his response to the Defendant's Motion for Order of Summary Judgment on Counterclaim, Ct. Rec. 223 in CV-04-0453-FVS, no later than **August 24, 2007**.

   b) The Defendant must file its reply to Gilroy's response no later than **September 7, 2007**.

7. The Plaintiff's Motions for Extension of Time to File Response/Reply briefs, **Ct. Rec. 239** in **CV-04-0452-FVS, Ct. Rec. 257** in **CV-04-0453-FVS**, are **GRANTED**.

   a) The Plaintiffs shall file their response to the Defendant's Motion in Limine to Exclude Plaintiff's Proferred

1  Expert Witness Opinions, Ct. Rec. 228 in CV-04-0453-FVS, Ct. Rec.
2  229 in CV-04-0453-FVS, no later than 14 days after the deposition
3  of the Defendant's expert, Scott Martin.

   b) The Defendant shall file its reply no later than 14 days after the filing of the Plaintiffs' response brief.

8. The Defendant's Motion for Extension of Time to File Response/Reply, **Ct. Rec. 260** in **CV-04-0453-FVS**, is **GRANTED**.

9. The Defendant's Motion for Extension of Time to File Response/Reply, **Ct. Rec. 242** in **CV-04-0452-FVS**, **Ct. Rec. 264** in **CV-04-0453-FVS**, is **GRANTED**.

10. Oral argument on the following motions shall be heard on **September 20, 2007** at **11:00 a.m**:

   a) The Defendant's Motion for Order of Summary Judgment on Counterclaim, **Ct. Rec. 223** in **CV-04-0453-FVS**;

   b) Gilroy's Motion to Strike the Declaration Ronald C. Woolsey, **Ct. Rec. 244** in **CV-04-0453-FVS**;

   c) The Defendant's Motion to Strike Affidavit of Michael Gilroy in Opposition to Defendant's Motion for Partial Summary Judgment on Counterclaim, **Ct. Rec. 287** in **CV-04-0453-FVS**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  9th  day of July, 2007.

                    s/ Fred Van Sickle
                    Fred Van Sickle
                    United States District Judge

ORDER CONSOLIDATING CASES AND SETTING ORAL ARGUMENT- 3