Richard W. Kuhling
David L. Broom
Gregory S. Johnson
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, WA 99201
509-455-6000 telephone
509-838-0007 facsimile
Attorney for Defendant
Pepperidge Farm, Incorporated

Honorable Fred Van Sickle

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. ATCHLEY, a married man; MICHAEL GILROY, a married man, <br><br> Plaintiffs, <br><br> vs. <br><br> PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation, <br><br> Defendant. | No. CV 04-452-FVS <br><br> STIPULATED PROTECTIVE ORDER |

## STIPULATION FOR PROTECTIVE ORDER

The parties by and through their undersigned counsel agree to entry of the Protective Order attached hereto. The Stipulation was entered into following

STIPULATED PROTECTIVE ORDER - 1

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

RECEIVED
JUL 17 2007
CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON

ORIGINAL

review and negotiation of draft language, and upon recommendation of the Discovery Master, The Honorable Harold D. Clarke, Jr. (Ret.).

The parties further stipulate that this Stipulation and Protective Order can be presented for entry by the Discovery Master.

PAINE HAMBLEN, LLP

By: Approved Telephonically
David L. Broom, WSBA #2096
Attorneys for Defendant

MURPHY, BANTZ & BURY, P.S.

By: Approved Telephonically
John F. Bury, WSBA #4949
Attorneys for Plaintiffs

## PROTECTIVE ORDER

Pursuant to FRCP 26(c)(7) the court finds that good cause exists to protect all parties to this cause, and non-parties from annoyance, undue burden breach of an expectation of privacy and expense from the public disclosure of confidential documents or produced in discovery by the parties;

1. This Protective Order ("Protective Order") shall govern the treatment and handling of all documents or other products of discovery produced hereafter by the parties, to include, also information and documents produced following or pursuant to plaintiff's motion to compel dated August 17, 2005.

2. The Court hereby designates all documents and information hereafter produced in discovery and statistical and record information previously furnished regarding the Western Region thrift return under the Civil Rules to be confidential (hereafter Confidential Information) and thus subject to the terms of this protective order.

3. Therefore documents discovered in this cause shall not be disclosed or disseminated by counsel to any other person or entity, with the following exceptions.

STIPULATED PROTECTIVE ORDER - 3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

a. Documents part of any required filing with or submission to a government entity.

b. Use of such documents for trial preparation by paralegal or secretarial staff of counsel is allowed by this Protective Order, subject to all other conditions of this Protective Order which govern counsel's attorney's use of such confidential information;

c. Documents discovered may be provided to expert witnesses, or consultants by counsel provided such expert witnesses or consultants, before being allowed to see any confidential documents in writing acknowledge receipt bound by the terms of this Protective Order. The prohibition of this paragraph shall apply in all circumstances, including, but not limited to, depositions in this case.

4. All persons having access to Confidential Information made available pursuant to this agreement shall agree not to make any use of said Confidential Information except in connection with the above-captioned litigation and shall further agree not to deliver or transfer said Confidential Information to any person not previously authorized by the terms herein.

5. Counsel disclosing Confidential Information to any person or entity shall be responsible for limiting distribution of the Confidential Information to those persons who both (1) have a need to know the information, and (2) are

STIPULATED PROTECTIVE ORDER - 4

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

authorized to receive the information under this Protective Order. Counsel shall be prepared to account for the disposition and use of the information by those persons.

6. All copies or purveyance of Confidential Information disclosed under this agreement shall be subject to the same restrictions as imposed on the original information.

7. All documents discovered thereafter disclosed to any person pursuant to this Protective Order shall remain in the possession only of counsel, the parties, or the experts or consultants to whom they are disclosed as provided by this order.

8. Following final termination of this litigation, counsel for the furnishing party may request that any and all documents furnished in discovery, or copies thereof, be returned to furnishing counsel; *provided that* any such request must be made within a reasonable time following termination of this litigation. Upon such request, all requested documents and copies shall be returned to furnishing counsel.

9. Discovered documents may be disclosed in regular proceedings of this court subject to agreed methodology for maintaining confidentiality and clerks papers, witness and exhibit indexes, and the like.

STIPULATED PROTECTIVE ORDER - 5

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

10. No modification or amendment of this Protective Order is permitted except by a writing signed by counsel for the parties and approved by the court. The parties hereto agree that it is unreasonable to rely on any oral modification or amendment of this agreement.

11. The failure to insist upon full compliance with any of the terms of the Protective Order in any instance shall not be deemed to be a waiver of the right to insist upon full compliance with those terms thereafter.

12. Any violation of the terms of this Protective Order shall subject the violator to sanctions as determined by the court.

## PROTECTIVE ORDER

Pursuant to IRCP 26(c) and the foregoing Stipulation of counsel,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this Protective Order shall and it hereby does incorporate the terms set forth herein.

DATED this 16th day of July 2007.

_____
HONORABLE HAROLD D. CLARKE, JR. (RET)
DISCOVERY MASTER

PRESENTED BY:

PAINE HAMBLEN, LLP

By: <u>Approved Telephonically</u>
    David L. Broom, WSBA #2096
    Attorney for Defendant

**COPY RECEIVED AND NOTICE
OF PRESENTMENT WAIVED:**

MURPHY, BANTZ & BURY, P.S.

By: <u>Approved Telephonically</u>
    John F. Bury, WSBA #4949
    Attorneys for Plaintiffs

I:\Spodocs\33467\00001\plead\00368714.WPD