AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOHN R. ATCHLEY, a married man, and
MICHAEL R. GILROY, a married man,

                          Plaintiffs,                          JUDGMENT IN A CIVIL CASE

              v.

PEPPERIDGE FARM, INC., a
Connecticut Corporation,

                          Defendant.                          CASE NUMBER: CV-04-0452-FVS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** trial **before the Court. The issues have been** tried **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED  that judgment is entered in favor of Pepperidge Farm, Inc. and against Mr. Gilroy on Pepperidge Farm Inc.'s counterclaims.

March 12, 2009                                          JAMES R. LARSEN
*Date*                                                  *Clerk*
                                                        s/ Linda Emerson
                                                        *(By) Deputy Clerk*
                                                        Linda Emerson