AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN R. ATCHLEY, a married man, and MICHAEL GILROY, a married man,

          Plaintiffs,

v.

PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-04-452-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Findings of Fact, Conclusions of Law, and Order entered on December 6, 2012, ECF No. 850.

December 18, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas